N. S. Sherman, trading as N. S. Sherman Machine & Iron Works, Appellee, v. Kennicott Water Softener Company, Appellant.

Gen. No. 17,904. (Not to be reported in full.)

Appeal from the City Court of Chicago Heights; the Hon. HOMER ABBOTT, Judge, presiding. Heard in this court at the October term, 1911. Affirmed. Opinion filed October 13, 1913.

### Statement of the Case.

Action on contract by N. S. Sherman, doing business as N. S. Sherman Machine and Iron Works, against Kennicott Water Softener Company. From a judgment for four hundred and eighty dollars for plaintiff, defendant appeals.

C. A. HOOD, for appellant.

LINDHOUT & LINDHOUT, for appellee.

O'Dell v. American Box Ball Co., 182 Ill App. 292.

MR. JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

CORPORATIONS, § 353*—*when corporation is bound by acts of its agents.* Where the evidence showed that an agent for a corporation managed all the business relating to the work and accepted the offer for the erection of a smoke stack for such corporation, it could not be contended that such agent had no power to contract in behalf of the corporation.